IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KRISTI KAE KIEFER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 12-1273 |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | ) ) ) ) ) | Judge Nora Barry Fischer<br>Magistrate Judge Maureen P. Kelly |
| Defendant. | ) | |

## ORDER

AND NOW, this 21st day of April, 2014, after Plaintiff, Kristi Kae Kiefer, filed an action in the above-captioned case, and after a Report and Recommendation (Docket No. [23]) was filed by the United States Magistrate Judge granting the parties until April 18, 2014 to file written objections thereto, and no objections having been filed to the Report and Recommendation, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation [23], which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is DENIED, and Defendant's Motion for Summary Judgment [21] is GRANTED.

*s/ Nora Barry Fischer*
Nora Barry Fischer
United States District Judge

cc/ecf: Honorable Maureen P. Kelly
United States Magistrate Judge

All counsel of record